UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN LEWIS | **19 CR 648**<br><br>Violation: Title 18, United States Code, Section 922(g)<br>JUDGE RONALD GUZMAN<br>**UNDER SEAL** MAGISTRATE JUDGE COX |

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about May 18, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

JONATHAN LEWIS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, Sturm, Ruger & Co. Model SR45, .45 caliber pistol, bearing serial number 380-68594, which had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).



FILED

AUG 14 2019 AM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Sturm, Ruger & Co. Model SR45, .45 caliber pistol, bearing serial number 380-68594.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY